```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 10945
    JORGE R HERNANDEZ SR
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-1844


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/19/2007 and was not confirmed.

     The case was converted to chapter 7 without confirmation 08/03/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI  UNSECURED           4849.76           .00              .00
GE CONSUMER FINANCE       UNSECURED            460.17           .00              .00
GE CONSUMER FINANCE       UNSECURED             80.64           .00              .00
THE CIT GROUP/CONSUMER F  CURRENT MORTG          .00            .00              .00
AMERICAN COLLECTION       UNSECURED         NOT FILED           .00              .00
CALIFORNIA STUDENT AID    UNSECURED         NOT FILED           .00              .00
CHASE                     UNSECURED         NOT FILED           .00              .00
CHASE                     UNSECURED         NOT FILED           .00              .00
CITIBANK/ASSOCIATED BANK  UNSECURED         NOT FILED           .00              .00
LVNV FUNDING LLC          SECURED                .00            .00              .00
LVNV FUNDING LLC          UNSECURED            563.68           .00              .00
CITIBANK USA              UNSECURED         NOT FILED           .00              .00
CONSOLIDATED RCVY GRP     UNSECURED           1384.73           .00              .00
CREDIT COLLECTION SERVIC  UNSECURED         NOT FILED           .00              .00
DISCOVER CARD             UNSECURED         NOT FILED           .00              .00
GMAC                      SECURED NOT I         .00            .00              .00
GEMB/PEARL VISION FRAN    UNSECURED         NOT FILED           .00              .00
HSBC/MNRDS                UNSECURED         NOT FILED           .00              .00
JC PENNEY                 UNSECURED         NOT FILED           .00              .00
MEDICAL COLLECTIONS SYS   UNSECURED         NOT FILED           .00              .00
SEARS/CBSD                UNSECURED         NOT FILED           .00              .00
SOUTHWEST CREDIT          UNSECURED         NOT FILED           .00              .00
TARGET NATIONAL BANK      UNSECURED            157.45           .00              .00
WAL MART STORES INC       UNSECURED         NOT FILED           .00              .00
THE CIT GROUP/CONSUMER F  MORTGAGE ARRE     3102.20            .00              .00
LVNV FUNDING LLC          UNSECURED            168.74           .00              .00
LVNV FUNDING LLC          UNSECURED           2759.50           .00              .00
ERNESTO D BORGES JR       DEBTOR ATTY          .00                              .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 10945 JORGE R HERNANDEZ SR
```

```
TRUSTEE                                                    .00

PRIORITY                                                                  .00
SECURED                                                                   .00
UNSECURED                                                                 .00
ADMINISTRATIVE                                                            .00
TRUSTEE COMPENSATION                                                      .00
DEBTOR REFUND                                                             .00
                                              ---------------   ---------------
TOTALS                                                    .00               .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/28/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
         CASE NO. 07 B 10945 JORGE R HERNANDEZ SR